|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 | **JS-6** |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, and WASHINGTON *ex rel.* ANI GHARIBIAN,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CAMPUS PHARMACY, INC., D/B/A TNH ADVANCED SPECIALTY PHARMACY, DIPLOMAT PHARMACY, INC., and OPTUMRX, INC.,<br><br>Defendants. | Case No. 2:16-cv-04777-MCS-PLA<br><br>**JUDGMENT** |
|---|---|

1

1    Pursuant to this Court's Order Granting Motion to Dismiss Second Amended
2 Complaint, it is hereby ordered, adjudged, and decreed that judgment is entered on all
3 claims in favor of Defendants VALLEY CAMPUS PHARMACY, INC., D/B/A TNH
4 ADVANCED SPECIALTY PHARMACY, DIPLOMAT PHARMACY, INC., and
5 OPTUMRX, INC., and against Plaintiffs UNITED STATES OF AMERICA and the
6 STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE,
7 DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS,
8 INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN,
9 MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW
10 YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE,
11 TEXAS, VERMONT, VIRGINIA, and WASHINGTON *ex rel.* ANI GHARIBIAN.
12 The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 12, 2021

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE